UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3459
_____

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ,

Appellant
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 2-15-cr-00155-001)
District Judge: Honorable William H. Walls
_____

Argued February 29, 2016

Before: AMBRO, JORDAN and SCIRICA, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on February 29, 2016.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgments of the District Court dated September 28, 2015 and October 8, 2015, are hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: July 29, 2016