```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                 MINUTES OF PROCEEDINGS
```

**NEWARK**                                        DATE: **OCTOBER 26,2017**

**JUDGE**: WILLIAM H. WALLS,
**COURTER REPORTER:** Yvonne Davion
**DEPUTY CLERK:** Ellen Mc Murray

**Title of Case:**                                Cr. 15-155 (WHW)

USA v. Robert Menendez and Salomon Melgen

**Appearances:**

Peter Koski, Monique Abrishami, J.P. Cooney & Amanda Vaughn **for the Government.**

Abbe Lowell, Jenny Kramer & Raymond Brown, Justin Kolbenschlag, **for Robert Menendez.**

Kirk Ogrosky, Murad Hussain, Jonathan Cogan & Samuel Stern **for Salomon Melgen.**

**Nature of proceedings:**   *Jury TRIAL*

Case called 9:45
Jurors present
Senator Lindsay Graham sworn for the defense
Senator Corey Booker sworn for the defense
Augustin Garcia sworn for the defense
Jurors excused for the day.
Hearing on a Motion for mistrial by defense.
Court reserves decision.
Jury trial adjourned to Monday, October 30th., 2017 at 9:30am

                                        Ellen Mc Murray
                                        Sr. Deputy Clerk

Time Commenced: 9:45 am
Time Adjourned: 1:00 pm