# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><div align="center">v.</div><br>ROBERT MENENDEZ<br><br>and<br><br>SALOMON MELGEN,<br><div align="right">Defendants.</div> | Crim. No. 2:15-cr-00155<br>Hon. William H. Walls |

## DEFENDANTS' MOTION TO RENEW THEIR RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL ON COUNTS 1-17

Abbe David Lowell
Jenny R. Kramer
Christopher D. Man
Victoria V. Corder
**NORTON ROSE FULBRIGHT US LLP**
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5600

Kirk Ogrosky
Murad Hussain
**ARNOLD & PORTER KAYE
 SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5330

Raymond M. Brown
Justin P. Kolbenschlag
Gregg H. Hilzer
**GREENBAUM ROWE SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
(732) 476-3280

Jonathan D. Cogan
Samuel A. Stern
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200

*Counsel for Defendant
Senator Robert Menendez*

*Counsel for Defendant
Dr. Salomon Melgen*

Senator Menendez and Dr. Salomon Melgen renew their Motion for Judgment of Acquittal on Counts 1-17 pursuant to Rule 29 (Dkt. 241). For the reasons set forth in that motion, and the additional evidence introduced in Defendants' case, the Court should enter a judgment of acquittal on Counts 1-17.

Dated: October 30, 2017

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell
Jenny R. Kramer
Christopher D. Man
Victoria V. Corder
**NORTON ROSE FULBRIGHT US LLP**
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5600

Raymond M. Brown
Justin P. Kolbenschlag
Gregg H. Hilzer
**GREENBAUM ROWE SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
(732) 476-3280

*Counsel for Defendant*
*Senator Robert Menendez*

/s/ Kirk Ogrosky
Kirk Ogrosky
Murad Hussain
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5330

Jonathan D. Cogan
Samuel A. Stern
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200

*Counsel for Defendant*
*Dr. Salomon Melgen*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, a true and correct copy of the foregoing motion was filed with the CM/ECF system for the United States District Court for the District of New Jersey, which will send electronic notification of the filing to all counsel of record.

<u>/s/  Abbe David Lowell</u>