# Exhibit A-1



**Sipping tips: Best bars for beer in North Jersey**

In TGIF!

# Daily Record

FRIDAY, NOVEMBER 10, 2017 ▪ DAILYRECORD.COM

PART OF THE USA TODAY NETWORK

# Dismissed juror: Senator 'not guilty'



Sen. Robert Menendez leaves the Martin Luther King Jr. Building and U.S. Courthouse in Newark on Wednesday. Jury deliberations will resume on Monday with an alternate taking part. MICHAEL KARAS/STAFF PHOTOGRAPHER

## Menendez case deliberations to resume with alternate

**Nicholas Pugliese and Catherine Carrera**
North Jersey Record
USA TODAY NETWORK – NEW JERSEY

A woman excused from the jury Thursday at the corruption trial of U.S. Sen. Bob Menendez said she was dead set against convicting the New Jersey Democrat and his co-defendant.

"If I would have been there all the way to the end, it would have been not guilty," said Evelyn Arroyo-Maultsby, 61, of Hillside. "All the way to the end, not guilty."

But in what appears to be a stroke of bad luck for Menendez and his co-defendant Salomon Melgen, the U.S. district court judge overseeing the case dismissed Arroyo-Maultsby on Thursday so she could take a long-scheduled vacation.

The 12-person jury in the case has not reached a

"If I would have been there all the way to the end, it would have been not guilty. All the way to the end, not guilty"

**Evelyn Arroyo-Maultsby**
Dismissed juror

unanimous verdict after three full days of deliberations and will resume its discussions Monday with an alternate juror in Arroyo-Maultsby's place.

Arroyo-Maultsby described the dynamics in the jury room as "very stressful" and said the "majority

See MENENDEZ, Page 5A

# 9 Morris veterans honored for service

### Freeholders give medals for distinguished service

**Peggy Wright** Morristown Daily Record
USA TODAY NETWORK – NEW JERSEY

MORRISTOWN – The Rev. David G. Boone hasn't forgotten how his U.S. Army regiment responded after being told by a commander that 40 percent of soldiers fighting in the Persian Gulf War in 1990 were likely to be killed.

"We said 'no, no!' We wouldn't accept it. The Gulf War was amazing. We lost a few but accomplished a great deal. This war now on terrorism, it's scary. In the Gulf War, we didn't really have roadside

bombs. The bad guys are fighting a whole different war against us now," said Boone, a Parsippany resident who was in special operations/aviation during the Gulf War.

In advance of Veterans Day on Saturday, Boone was among nine military veterans honored Wednesday night with Distinguished Military Service medals by the Morris County freeholders during their public meeting. State legislators Sen. Richard Codey, D-27, Sen. Tony Bucco, R-25, Sen. Joseph Pennacchio, R-26, and Assemblyman Anthony Bucco, R-25, also presented citations from the Legislature to the Army, Navy and Air

See VETERANS, Page 2A



U.S. Army veteran David G. Boone of Parsippany was among nine veterans honored Wednesday by the Morris County Freeholders.
PEGGY WRIGHT/STAFF PHOTO

# Murphy confers with Christie

### 'Good discussion' about gov office transition

**Dustin Racioppi and James Nash**
North Jersey Record
USA TODAY NETWORK – NEW JERSEY

Gov.-elect Phil Murphy met with Gov. Chris Christie on Thursday for the first time since winning the election to succeed him.

In a day where the future Democratic administration began to take shape and legislative leadership saw a shake-up, Murphy and Christie met for 90 minutes in Trenton to discuss "transition stuff," Murphy said.

Murphy arrived half an hour late to the noon meeting, which was held at the governor's office down the street from the Statehouse. Murphy left the building around 2 p.m. and was trailed by a clutch of reporters who had staked out the meeting.

Murphy did not give any detailed insight into the meeting, but said that there was "a great willingness on the governor's part to be as helpful as possible. And we welcome that. It was a good discussion."

Christie, a Republican, has been pre-

See TRANSITION, Page 5A



Gov. Chris Christie meets with Gov.-elect Phil Murphy in the governor's office in Trenton on Thursday. TIM LARSEN/GOVERNOR'S OFFICE

# Anti-Trump fervor hints at GOP troubles



**Charles Stile**
Political Stile
North Jersey Record
USA TODAY NETWORK – N.J.

For Republican candidates in New Jersey, Tuesday's contest proved to be a worst-case nightmare.

Now, the fear is that it might become a recurring one.

The victory by Democratic Gov.-elect Philip D. Murphy Tuesday night was widely interpreted as a farewell rejection of Gov. Chris Christie and his blunt-force style of conservative politics, but more importantly it was seen to be a stunning rebuke to the divisive and dog-whistle politics of President Donald Trump.

Yet, it also served as an omen for New Jersey's Republican congressman who will defend their seats in 2018.

See STILE, Page 4A

---

🔵 **USA TODAY**
GOP: Alabama Senate candidate must drop out if allegations are true. **3A**

**Running for Congress**
CCM professor will challenge Rep. Rodney Frelinghuysen, **1B**

**Weather**
High 38° ▪ Low 16°
Sunny. Forecast, **2A**

Volume 30 | No. 348
Home delivery pricing inside
Subscribe 800-398-8990
©2017                      $1.50



# Exhibit A-2

**5 things to watch in football playoffs.** SPORTS, 1S

# The Record

NORTHJERSEY.COM

FRIDAY, NOVEMBER 10, 2017 ■ BERGEN EDIT

PART OF THE USA TODAY NETWORK

# Dismissed juror says Menendez 'not guilty'



Evelyn Arroyo-Maultsby, the juror dismissed from the federal corruption trial for Sen. Bob Menendez, speaks to reporters outside of the federal courthouse on Thursday in Newark. DANIELLE PARHIZKARAN/NORTHJERSEY.COM

## She describes dynamics in jury room as 'stressful'

**Nicholas Pugliese and Catherine Carrera**
North Jersey Record
USA TODAY NETWORK - NEW JERSEY

A woman excused from the jury Thursday at the corruption trial of U.S. Sen. Bob Menendez said she was dead set against convicting the New Jersey Democrat and his co-defendant.

"If I would have been there all the way to the end, it would have been not guilty," said Evelyn Arroyo-Maultsby, 61, of Hillside. "All the way to the end, not guilty."

But in what appears to be a stroke of bad luck for Menendez and his co-defendant Salomon Melgen, the U.S. district court judge overseeing the case dismissed Arroyo-Maultsby on Thursday so she could take a long-scheduled vacation she told the judge about during jury selection in August.

The 12-person jury in the case has not reached a unanimous verdict after three

**See MENENDEZ, Page 8A**



Sen. Robert Menendez leaves the Martin Luther King Jr. Building and U.S. Courthouse in Newark on Wednesday. MICHAEL KARAS/NORTHJERSEY.COM

# Ridgewood teens are charged by police

## Violent incident in village sparks anger

**Joshua Jongsma**
North Jersey Record
USA TODAY NETWORK - NEW JERSEY

Two Ridgewood teenage boys were charged with assault following a violent school incident on Oct. 28 that stirred controversy in the village, authorities announced on Thursday.

After an "extensive" investigation, police charged a 14-year-old with aggravated assault and simple assault, and a 16-year-old with simple assault, according to Police Chief Jacqueline Lutchke.

Both teens have a juvenile court date pending in Hackensack. Lutchke confirmed the teens are Ridgewood residents.

Ridgewood Public Schools Superintendent Daniel Fishbein said he has been made aware of the charges and that they would complete their own investigation "early next week."

While the district and police have kept quiet on circumstances of the incident, a flurry of parent exchanges on Facebook have described what happened Oct. 28 at Brookside Field as either a series of arranged fights or an outright assault, and the culmination of online bullying.

One of the boys was reported to have a fractured skull. A video that shows an unidentified boy punching another to the ground with two quick blows, before a third teen intervenes, has been shared online.

The details of the incident have been widely discussed online but have not been confirmed by authorities. Numerous secondhand accounts from students and parents have alluded to the incident involving nude photographs circulating online of one of the students' girlfriends.

The aftermath caused a display of anger from residents of Ridgewood. People let their outrage be known at a Monday Board of Education meeting with many condemning the violence and demanding accountability from the district and those involved. Two teens being charged clashed with demands during the Board of Education

**See RIDGEWOOD, Page 8A**

## From balmy to brrrr

The first days of November have zig-zagged between well-above and well-below normal, with a winter-like dip forecast for Friday that could set a record for the coldest November 10. Temperature in Fahrenheit degrees



USA TODAY NETWORK

# Anti-Trump fervor trouble for GOP

## Democratic registration surge complicates races



**Charles Stile**
Political Stile
North Jersey Record
USA TODAY NETWORK - N.J.

For Republican candidates in New Jersey, Tuesday's contest proved to be a worst-case nightmare.

Now, the fear is that it might become a recurring one.

The victory by Democratic Gov.-elect Philip D. Murphy Tuesday night was widely interpreted as a farewell rejection of Gov. Chris Christie and his bluntforce style of conservative politics, but

more importantly it was seen to be a stunning rebuke to the divisive and dog-whistle politics of President Donald Trump.

Yet, it also served as an omen for New Jersey's Republican congressman who will defend their seats in 2018. Whether they like it or not, Democrats will cast them as foot soldiers in Trump's nationalistic army.

The GOP delegation will be forced to dodge and distance themselves from Trump — an expensive chore in what is increasingly becoming a deep blue, Democratic state. Just over the past four years, Democrats now have registered

more 874,000 more voters than Republicans, an advantage that has widened by 20 percent in just the past four years, state records show.

The combination of suburban, anti-Trump disgust and a Democratic voter surge in once seemingly impenetrable Republican strongholds should send shivers down the spines of Republicans like U.S. Rep. Rodney Frelinghuysen of the 11th District in North Jersey, Rep. Leonard Lance in the Seventh District in central Jersey, and Rep. Tom MacArthur, in the Third District in South Jersey suburbs of Philadelphia.

Frank LoBiondo, a veteran South Jersey congressman, announced earli-

**See STILE, Page 8A**

---

**Christie, Murphy meet**
New Jersey's governor and governor-elect hold sit-down to discuss transition in Trenton. 3A

**Celebrity endorsement**
Former NFL player Ray Lewis touts solar panel plan for Paterson. 1L

**Weather today**
High 38° ■ Low 22°
Mostly sunny, windy.

**Weather tomorrow**
High 41° ■ Low 27°
Cold with sun. Forecast, 2A

$1.50



# Exhibit A-3

**5 things to watch in football playoffs.** SPORTS, 1S

# HERALDNEWS

N O R T H J E R S E Y . C O M

FRIDAY, NOVEMBER 10, 2017 ∥ AN EDITION OF THE RECORD

PART OF THE USA TODAY NETWORK

# Dismissed juror says Menendez 'not guilty'



Evelyn Arroyo-Maultsby, the juror dismissed from the federal corruption trial for Sen. Bob Menendez, speaks to reporters outside of the federal courthouse on Thursday in Newark. DANIELLE PARHIZKARAN/NORTHJERSEY.COM

## She describes dynamics in jury room as 'stressful'

**Nicholas Pugliese and Catherine Carrera**
North Jersey Record
USA TODAY NETWORK - NEW JERSEY



Sen. Robert Menendez leaves the Martin Luther King Jr. Building and U.S. Courthouse in Newark on Wednesday. MICHAEL KARAS/NORTHJERSEY.COM

A woman excused from the jury Thursday at the corruption trial of U.S. Sen. Bob Menendez said she was dead set against convicting the New Jersey Democrat and his co-defendant.

"If I would have been there all the way to the end, it would have been not guilty," said Evelyn Arroyo-Maultsby, 61, of Hillside. "All the way to the end, not guilty."

But in what appears to be a stroke of bad luck for Menendez and his co-defendant Salomon Melgen, the U.S. district court judge overseeing the case dismissed Arroyo-Maultsby on Thursday so she could take a long-scheduled vacation she told the judge about during jury selection in August.

The 12-person jury in the case has not reached a unanimous verdict after three

See MENENDEZ, Page 8A

# Anti-Trump fervor trouble for GOP

### Democratic registration surge complicates races

**Charles Stile**
Political Stile
North Jersey Record
USA TODAY NETWORK – N.J.

For Republican candidates in New Jersey, Tuesday's contest proved to be a worst-case nightmare.

Now, the fear is that it might become a recurring one.

The victory by Democratic Gov.-elect Philip D. Murphy Tuesday night was widely interpreted as a farewell rejection of Gov. Chris Christie and his bluntforce style of conservative politics, but

more importantly it was seen to be a stunning rebuke to the divisive dog-whistle politics of President Donald Trump.

Yet, it also served as an omen for New Jersey's Republican congressman who will defend their seats in 2018. Whether they like it or not, Democrats will cast them as foot soldiers in Trump's nationalistic army.

The GOP delegation will be forced to dodge and distance themselves from Trump — an expensive chore in what is increasingly becoming a deep blue, Democratic state. Just over the past four years, Democrats now have registered

more 874,000 more voters than Republicans, an advantage that has widened by 20 percent in just the past four years, state records show.

The combination of suburban, anti-Trump disgust and a Democratic voter surge in once seemingly impenetrable Republican strongholds should send shivers down the spines of Republicans like U.S. Rep. Rodney Frelinghuysen of the 11th District in North Jersey, Rep. Leonard Lance in the Seventh District in central Jersey, and Rep. Tom MacArthur, in the Third District in South Jersey suburbs of Philadelphia.

Frank LoBiondo, a veteran South Jersey congressman, announced earli-

See STILE, Page 8A

---

# Ridgewood teens are charged by police

## Violent incident in village sparks anger

**Joshua Jongsma**
North Jersey Record
USA TODAY NETWORK - NEW JERSEY

Two Ridgewood teenage boys were charged with assault following a violent school incident on Oct. 28 that stirred controversy in the village, authorities announced on Thursday.

After an "extensive" investigation, police charged a 14-year-old with aggravated assault and simple assault, and a 16-year-old with simple assault, according to Police Chief Jacqueline Lutchke.

Both teens have a juvenile court date pending in Hackensack. Lutchke confirmed the teens are Ridgewood residents.

Ridgewood Public Schools Superintendent Daniel Fishbein said he has been made aware of the charges and that they would complete their own investigation "early next week."

While the district and police have kept quiet on circumstances of the incident, a flurry of parent exchanges on Facebook have described what happened Oct. 28 at Brookside Field as either a series of arranged fights or an outright assault, and the culmination of online bullying.

One of the boys was reported to have a fractured skull. A video that shows an unidentified boy punching another to the ground with two quick blows, before a third teen intervenes, has been shared online.

The details of the incident have been widely discussed online but have not been confirmed by authorities. Numerous secondhand accounts from students and parents have alluded to the incident involving nude photographs circulating online of one of the students' girlfriends.

The aftermath caused a display of anger from residents of Ridgewood. People let their outrage be known at a Monday Board of Education meeting with many condemning the violence and demanding accountability from the district and those involved. Two teens being charged clashed with demands during the Board of Education

See RIDGEWOOD, Page 8A

## From balmy to brrrr

The first days of November have zig-zagged between much-above and well-below normal, with a winter-like dip forecast for Friday that could set a record for the coldest November 10. Temperature in Fahrenheit degrees



USA TODAY NETWORK

---

**Christie, Murphy meet**
New Jersey's governor and governor-elect hold sit-down to discuss transition in Trenton. 3A

**Celebrity endorsement**
Former NFL player Ray Lewis touts solar panel plan for Paterson. 1L

**Weather today**
High 38° ∥ Low 22°
Mostly sunny, windy.

**Weather tomorrow**
High 41° ∥ Low 27°
Cold with sun. Forecast, 2A

$1.50



# Exhibit A-4

*The* **FRIDAY** November 10, 2017

# JERSEY JOURNAL

AFFILIATED WITH **nj** .com

NJ.COM/HUDSON

YOUR LOCAL NEWSPAPER SINCE 1867    OUR **150**th YEAR    JERSEY CITY - HUDSON DISPATCH EDITION    $1.00

PATTI SAPONE NJ ADVANCE MEDIA



# DISMISSED JUROR:
# I WOULD ACQUIT

**MENENDEZ JUROR SPEAKS OUT: PAGE 6**

'It's a hung jury right now,' says woman excused for her vacation



## Speaker Prieto bows out **PAGE 5**

## Order clears way for controversial high-rise **PAGE 3**

# Exhibit A-5



# Your Gameday N.J. guide
# to HS football playoffs Page 49

**Plus: Rutgers, Seton Hall hit the courts.** College hoops preview PAGES 38-40

# The Star-Ledger

$1.50 FINAL EDITION +     AFFILIATED WITH nj.com     FRIDAY, NOVEMBER 10, 2017

---

PATERSON

# AFTER 24 YEARS IN JAIL, THE JOY OF FREEDOM



Ralph Lee and Eric Kelley are flanked by lawyers Paul Casteleiro and Vanessa Potkin outside the Passaic County jail on Wednesday. *S.P. Sullivan, for The Star-Ledger*

### Two men are released on bail after their murder convictions were tossed and begin rediscovering the outside world

**S.P. Sullivan** *For The Star-Ledger*

Erica Mobley stood in her orange coat, clutching a bag from Marshalls, in front of the beige brick and barbed wire of the Passaic County jail.

The shopping bag held clean socks and underwear, a fresh pair of jeans, suede boots and a long-sleeve brown shirt. She worried whether the clothes would fit her father, Eric Kelley, who for the past 24 years wore nothing but jumpsuits.

"Oh my God, I'm hoping for the best," she said under her breath. She had stood here before, only to walk away disappointed.

Kelley and another Paterson man, Ralph Lee, confessed in 1993 to robbing and killing a local video store clerk. They quickly recanted their confessions, saying they made them up under pressure from police, but were found guilty at separate trials.

A Superior Court judge vacated their convictions in September after two legal groups, the Innocence Project and Centurion Ministries, uncovered DNA and other evidence raising questions about their guilt.

Now the judge had granted them $20,000 bail, which their lawyers and family were ready to post. Yet Mobley had reason to worry.

In the weeks since the ruling, there had been delays and appeals and emergency stays that kept Kelley and Lee behind bars. But on Wednesday morning, the New Jersey Supreme Court denied a request from the Passaic County Prosecutor's Office to detain Kelley and Lee on $450,000 bail, pending an **SEE PATERSON, 8**

"I just want to get back to living. I've been gone 24 (years) — it's been a long time."

*Eric Kelley told NJ Advance Media in his first interview, standing in the jail parking lot*

---

MENENDEZ TRIAL

# Dismissed juror: Senator isn't guilty

### As panel is adjourned for the weekend, former member says jury deadlocked

**Luke Nozicka** *For The Star-Ledger*

A juror dismissed Thursday from Sen. Robert Menendez's bribery case said they began deliberations on Monday with nine of them — including herself — prepared to find him not guilty of the most serious charges.

By Thursday, they were still deadlocked, she said.

Evelyn Arroyo-Maultsby, 61, of Hillside said the government had not made its case against Menendez and three others jurors agreed with her.

"They are just trying to throw a good man under the bus," Arroyo-Maultsby said during a half-hour interview at her home, hours after U.S. District Judge William Walls dismissed her so she could keep a prearranged vacation to the Bahamas.

Arroyo-Maultsby described a tense, sometimes combative, atmosphere in the jury room. The disorganized deliberations at moments broke down, with jurors speaking over each other, and at least once using foul language, she said. Some of the jurors were dismissive of her opinion because they knew she would not be able to continue deliberations after Thursday, she said.

Menendez is accused of accepting bribes in the form of lavish gifts from his co-defendant, Florida ophthalmologist **SEE TRIAL, 4**

---

STATEHOUSE

# Assembly speaker ends fight to keep job

**Samantha Marcus and Brent Johnson** *For The Star-Ledger*

Embattled state Assembly Speaker Vincent Prieto, New Jersey's third-most powerful elected official, announced Thursday he's giving up the fight to keep his leadership job.

Prieto lacked the votes in the Assembly to withstand a challenge from Assemblyman Craig Coughlin, a Central Jersey Democrat who is said to have assembled enough support from lawmakers in the southern and middle parts of the state to overtake Prieto as speaker.

"Today I am announcing that I will no longer be seeking a new term as speaker, and that myself and the rest of the Democratic caucus will support our colleague Craig Coughlin," he said on Thursday. "I look forward to working with Assemblyman Coughlin to ensure a smooth transition."

Prieto had disagreed with other Democratic leaders on a number of issues, from North Jersey gaming to the Atlantic City takeover to the bill dealing with legal ads in **SEE SPEAKER, 3**

---

ELECTION 2017

# Meet the Jersey guy who steered Murphy to victory

**Ted Sherman** *For The Star-Ledger*

Brendan Gill, the Democratic strategist who managed Phil Murphy's once-unimaginable campaign for governor, also won big on Tuesday night.

When Murphy declared his candidacy for governor 18 months ago, few thought the little-known Wall Street executive and former ambassador could win, but Gill successfully guided him through the race even as his own name appeared on the ballot as a freeholder in Essex County.

Late Tuesday evening at the Asbury Park Convention Hall, as the campaign manager watched green and blue balloons tumble from the ceiling in celebration heralding Murphy's victory, county voters 50 miles away had re-elected Gill by an overwhelming margin. Of the four incumbents who won, he garnered the most votes.

A political and public affairs consultant who has managed other statewide races, Gill has long danced in both worlds. A freeholder since 2011, he also operates the BGill Group and was brought on early to the Murphy as a campaign manager.

"I'm an elected official who has a day job. This is my day job," Gill said of his role in the Murphy campaign.

It has also suddenly thrust him in the spotlight as a high-level political operative



A freeholder since 2011, Brendan Gill also operates the BGill Group and was brought on early to the Murphy team as campaign manager.

who has the ear of New Jersey's next governor.

Even before the votes were counted, Gill was seen as a major player in the state. A fundraising gala for Gill last month at Nanina's in the Park in Belleville in support of his re-election as freeholder brought in tens of thousands of dollars. Campaign **SEE GILL, 4**

---

IN TODAY



## Louis C.K. in hot water

Several women have gone on the record to accuse the stand-up comedian of committing lewd acts. **Page 18**

---

Business, 17   Classified, 25   Comics, 20   Editorial, 12   New Jersey, 11   Obituaries, 45   Puzzles, 21   Sports, 35   Today, 18   TV Grid, 23   World News, 10



# Exhibit A-6

BROUGHT TO YOU BY ☀ capitalhealth

## HIGH SCHOOL SCOREBOARD

| Boys Soccer | | | | | | | | Football | |
|---|---|---|---|---|---|---|---|---|---|
| Princeton | 1 | Mendham | 2 | Holmdel | 6 | Bridgewater | 1 | Brick Twp. | 28 |
| Hunterdon Cent. | 0 | Hopewell Valley | 1 | Monmouth | 0 | Newark Eastside | 0 | Allentown | 0 |

# The Times

$1 SATURDAY, NOVEMBER 11, 2017     AFFILIATED WITH nj com     SERVING OUR COMMUNITIES SINCE 1882

OLD BRIDGE

# War stories, smiles and tears at tribute for vets



World War II veteran Vernon Chevalier Sr. salutes Wednesday as he receives recognition during a luncheon ceremony to honor resident veterans at Reformed Church Home in Old Bridge, an assisted living center. *Photos by Alexandra Pais, for The Times of Trenton*




Left, veteran David DePinho receives an honorary pin from a student of Old Bridge's ROTC. Right, hospice care consultant Tina Masterpole shares a laugh with resident Paul Steck.


**Mark Di Ionno** *mdiionno@starledger.com*

Braden Bullen sat on his mother's lap flipping through a scrapbook older than his grandfather.

The photos were all black and white and grayed with time. Trapped in cellophane, captives of time, were pictures of Braden's great-grandfather during his Army days in World War II.

Vernon Chevalier Sr. was in the second wave at D-Day and fought across France and Belgium through those crucial and brutal days when the war turned. Not only did he survive, he has lived to be 93 and lucid enough to enjoy the presence of a great-grandson looking at his Army-day pictures nearly three-quarters of a century old.

To put that in perspective, imagine a child in 1940 looking at photos of his great-grandpappy in the Civil War, with his great-grandpappy by his side.

Could there be a better Veterans Day gift for a family?

The Chevaliers were part of a ceremony Wednesday at the Reformed Church Home in Old Bridge, organized by Seasons Hospice & Palliative Care, which provides services at the home.

In a room packed with Reformed Church residents, 20 veterans were honored for their service. Most were veterans of World War II in their mid-90s, including Ruth Carmeli, an Army nurse who served aboard the USS Stafford Hospital ship in the South Pacific.

**SEE VETERANS, A7**

MENENDEZ TRIAL

# Comment by juror is finding scrutiny

## Dismissed panelist reveals opinion, a move one expert calls 'highly unusual'

**Thomas Moriarty and MaryAnn Spoto**
*For Times of Trenton*

A juror dismissed from the federal corruption trial of Sen. Robert Menendez on Thursday offered a rare glimpse into the jury room of the first trial of a sitting U.S. senator in nearly a decade.

But will her candid comments pose any legal questions for the court to consider when the trial resumes Monday morning?

U.S. District Judge William H. Walls, who is presiding over the trial in Newark, dismissed Evelyn Arroyo-Maultsby, 61, from the jury Thursday because of a looming vacation of which she had informed the court during jury selection. One of five remaining alternates is slated to take her seat when deliberations resume.

Arroyo-Maultsby revealed the jury was deeply divided as to the guilt or innocence of Menendez and Salomon Melgen, the wealthy ophthalmologist accused of bribing the senator in exchange for government favors.

The pair's trial, which began on Sept. 6, had originally been expected to last six to eight weeks.

**SEE MENENDEZ, A7**

WASHINGTON

# Murphy's win inspires Dem House hopefuls

## They rev up efforts to defeat GOP congressmen from N.J.

**Jonathan D. Salant**
*For Times of Trenton*

Josh Welle, running against Rep. Chris Smith, launched the first ad of his campaign. Linda Weber, trying to take on Rep. Leonard Lance, sought donations to "keep the momentum going." Mikie Sherrill, opposing Rep. Rodney Frelinghuysen, picked up what could be an important endorsement.

Democrats hoping to defeat New Jersey's House Republican incumbents responded to Tuesday's big win by Phil Murphy in the governor's race by quickly stepping up their efforts for an election a year from now.

They're buoyed by both Murphy, who ended eight years of Republican control of the Statehouse by winning the governorship, and by Democratic state legislative candidates who ran better than expected in some Republican bastions.

"This was the canary in the coal mine for Republicans," Democratic consultant Julie Roginsky said. "I don't think it was just related to Chris Christie, I think it was related to a suburban-educated-voter dis-

**SEE MURPHY, A7**



# Exhibit A-7

Rutgers enters Lions' den to battle Penn State. 17



# The Star-Ledger

**COUPON SAVINGS $198** say by sunday

$2.00   EARLY SUNDAY EDITION

AFFILIATED WITH nj.com

SUNDAY, NOVEMBER 12, 2017

OLD BRIDGE

# War stories, smiles and tears at tribute for vets



World War II veteran Vernon Chevalier Sr. salutes Wednesday as he receives recognition during a luncheon ceremony to honor resident veterans at Reformed Church Home in Old Bridge, an assisted living center. *Photos by Alexandra Pais, for The Star-Ledger*

 

Left, veteran David DePinho receives an honorary pin from a student of Old Bridge's ROTC. Right, hospice care consultant Tina Masterpole shares a laugh with resident Paul Steck.

 **Mark Di Ionno** *mdiionno@starledger.com*

Braden Bullen sat on his mother's lap flipping through a scrapbook older than his grandfather.

The photos were all black and white but grayed with time. Trapped in cellophane, captives of time, were pictures of Braden's great-grandfather during his Army days in World War II.

Vernon Chevalier Sr. was in the second wave at D-Day and fought across France and Belgium through those crucial and brutal days when the war turned. Not only did he survive, he has lived to be 93 and lucid enough to enjoy the presence of a great-grandson looking at his Army-day pictures nearly three-quarters of a century old.

To put that in perspective, imagine a child in 1940 looking at photos of his great-grandpappy in the Civil War, with his great-grandpappy by his side.

Could there be a better Veterans Day gift for a family?

The Chevaliers were part of a ceremony Wednesday at the Reformed Church Home in Old Bridge, organized by Seasons Hospice & Palliative Care, which provides services at the home.

In a room packed with Reformed Church residents, 20 veterans were honored for their service. Most were veterans of

World War II in their mid-90s, including Ruth Carmeli, an Army nurse who served aboard the USS Stafford Hospital ship in the South Pacific.

"I was there for V-J Day," she said of the day Japan surrendered. "It was a very happy day." The ceremony, she said, "brought back a lot of memories. Not just of the war, but my whole life."

Julius Kamichoff was a radio operator on the USS Florence Nightingale, which came under fire in the Atlantic and Pacific.

"That ship had four battle stars," he said. "We were a troop transport ship. We carried equipment, too, like the amphibious assault boats."

In other words, it was the kind of ship the enemy wanted to sink.

SEE DI IONNO, 9

---

MENENDEZ TRIAL

# Comment by juror is finding scrutiny

**Dismissed panelist reveals opinion, a move one expert calls 'highly unusual'**

**Thomas Moriarty and MaryAnn Spoto**
*For The Star-Ledger*

A juror dismissed from the federal corruption trial of Sen. Robert Menendez on Thursday offered a rare glimpse into the jury room of the first trial of a sitting U.S. senator in nearly a decade.

But will her candid comments pose any legal questions for the court to consider when the trial resumes Monday morning?

U.S. District Judge William H. Walls, who is presiding over the trial in Newark, dismissed Evelyn Arroyo-Maultsby, 61, from the jury Thursday because of a looming vacation of which she had informed the court during jury selection. One of five remaining alternates is slated to take her seat when deliberations resume.

Arroyo-Maultsby revealed the jury was deeply divided as to the guilt or innocence of Menendez and Salomon Melgen, the wealthy ophthalmologist accused of bribing the senator in exchange for government favors.

The pair's trial, which began on Sept. 6, had originally been expected to last six to

SEE JUROR, 5

---

WASHINGTON

# Murphy's win inspires Dem House hopefuls

**They rev up efforts to defeat GOP congressmen from N.J.**

**Jonathan D. Salant** *For The Star-Ledger*

Josh Welle, running against Rep. Chris Smith, launched the first ad of his campaign. Linda Weber, trying to take on Rep. Leonard Lance, sought donations to "keep the momentum going." Mikie Sherrill, opposing Rep. Rodney Frelinghuysen, picked up what could be an important endorsement.

Democrats hoping to defeat New Jersey's House Republican incumbents responded to Tuesday's big win by Phil Murphy in the governor's race by quickly stepping up their efforts for an election a year from now.

They're buoyed by both Murphy, who ended eight years of Republican control of the Statehouse by winning the governorship, and by Democratic state legislative candidates who ran better than expected in some Republican bastions.

"This was the canary in the coal mine for Republicans," Democratic consultant Julie Roginsky said. "I don't think it was just related to Chris Christie, I think it was related to a suburban-educated-voter disgust with President Trump. He will still be

SEE HOUSE, 9

---

IN TODAY

# Breakfast at Tiffany's

The New York-based Tiffany & Co. jewelry chain has opened a restaurant at its flagship Fifth Avenue location in Manhattan. The $29 breakfast selections include avocado toast. **Page 11**

---



# Exhibit A-8



*The* **SATURDAY,** November 11, 2017

# JERSEY JOURNAL

AFFILIATED WITH **nj**.com

NI.COM/HUDSON

YOUR LOCAL NEWSPAPER SINCE 1867 · OUR **150TH** YEAR · JERSEY CITY - HUDSON DISPATCH EDITION · $1.00

MONEY SAVING Coupons Inside

## Commemorate Veterans Day
### FLAG INSIDE

## Will **PAGE 3** outspoken juror affect case?

## **PAGE 10** Jersey City employee could lose job after guilty plea

# MORE LOOT SEIZED AFTER HIT-RUN

**JERSEY JOURNAL**
GIANTS
Player of the Week
Nursing home worker dies; cops seek driver who plowed through bus stop
**KILLED IN HIT-RUN**

## 2 more busted in **PAGE 6** aftermath of crash that killed woman at bus stop

## All in-network.  All in Bayonne.

**NOW OPEN.** 24/7 Jersey City Medical Center Emergency Services.  State-of-the-art imaging center
519 Broadway, Bayonne, NJ

**RWJBarnabas**
HEALTH

Let's be healthy together.

# Exhibit A-9

NV/Demarest advances to semis. Sports, 11S

# The Record

N O R T H J E R S E Y . C O M

SATURDAY, NOVEMBER 11, 2017 ▪ BERGEN EDITION ▪        PART OF THE USA TODAY NETWORK



**VETERANS DAY**
## Fans of tough talk

# Defects found on track for oil trains

### Report says 13 found in Bergen County

**Curtis Tate**
North Jersey Record
USA TODAY NETWORK – NEW JERSEY

A federal inspection found 13 defects on CSX track in Bergen County in June last year, the same route that's become a corridor for millions of gallons of crude oil and ethanol to East Coast refineries.

The inspection covered a 10-mile segment of the CSX River Line between Ridgefield Park and Harrington Park.

The inspection was part of the Federal Railroad Administration's Crude Oil Route Track Examination program, established in 2015 to initiate inspections specifically on routes with high volumes of flammable liquids.

The Record and NorthJersey.com obtained more than 900 pages of inspection reports through the Freedom of Information Act.

The reports show the county and city where the track was inspected, either by foot or a truck equipped with a set of wheels that enable it to drive on top of the rail. They note different kinds of defects, but do not reveal precisely where they were found.

Defective track has been cited as a leading cause of high-profile derailments throughout North America since crude oil and ethanol began moving in larger quantities by rail in the past decade.

Two of those derailments were on CSX: In April 2014 in Lynchburg, Virginia, and in February 2015 in Mount Carbon, West Virginia. Both involved trains carrying Bakken crude from North Dakota, and both resulted in large fires, evacuations and property damage.

No one was killed or seriously injured in either derailment, but 47 people died in July 2013 when a train carrying Bakken oil derailed in Quebec.

Rob Doolittle, a CSX spokesman, said the railroad inspects the track in

**See TRACK, Page 6A**

## North Jersey's Korean War vets like Trump's hard stance on North Korea

**William Westhoven** Morristown Daily Record | USA TODAY NETWORK - NEW JERSEY

The military action that kicked off the Cold War 67 years ago still commands today's headlines as tensions escalate between the United States and North Korea.

American veterans of the Korean War, which began in 1950 when the Soviet-backed North Korean People's Army invaded the Republic of Korea by crossing the 38th parallel, want President Donald Trump to talk tough and work toward a resolution that doesn't involve military action on this Veterans Day.

Trump, veterans said, has the perfect opportunity to address the current North Korea threat while on his 13-day trip to Asia.

The United States entered the Korean War on South Korea's behalf and remained until 1953. The war, commonly referred to as the "Forgotten War" began "on the right track, but somehow became derailed," said Clifton's John Biegel Jr., 82, a veteran of the Korean War. Five million soldiers and civilians died during the war that did

**See VETERANS, Page 6A**



A photo of Nicola Bevacqua II taken during his time as a solider in Korea.
COURTESY NICOLA BEVACQUA II

**Top: From left are veteran Yucel Yilmaz, veteran Loretta T. Falconer, Sen. Tony Bucco, R-25, veteran Joseph Bonanno, Assemblyman Anthony Bucco, R-25, and veteran David G. Boone.** PEGGY WRIGHT/DAILY RECORD

### Honoring those who served

▪ Bergenfield honors fallen service members. **1L**

▪ VA too 'male-centric,' female veterans tell lawmakers. **1L**

"We love Trump, but he's got a very bad position there."
**Joseph Bonanno**
Korean War veteran from Montville

### COMING SUNDAY



### 'No safety in this world'

Watching the news last Sunday, Aley Mallosseeril was overcome with grief over the mass shooting at a Texas church that left 26 dead. In an instant, she was taken back to the day nearly a decade ago when a shooter opened fire in her Clifton church, killing two, including her 25-year-old son. "You can never forget," you know. So horrible, so horrible," she said. "There is no safety in this world anymore." MITSU YASUKAWA/NORTHJERSEY.COM

## Juror's exit a possible nightmare for Sen. Menendez in his corruption trial


**Mike Kelly**
Columnist
North Jersey Record
USA TODAY NETWORK – N.J.

Suddenly the federal corruption trial of U.S. Sen. Bob Menendez is no longer just a trial. As the first week of jury deliberations ended, it turned into a potential legal nightmare.

This unexpected turn of events came as a juror was allowed to leave on a long-scheduled vacation — a vacation that U.S. District Judge William H. Walls, along with defense lawyers and prosecutors, had agreed to weeks ago.

But as this juror left the federal courthouse in Newark on Thursday afternoon, she told The Record that she was planning to vote to acquit Menendez and his co-defendant, Salomon Melgen, a Florida eye physician.

In other words, Menendez and Melgen, both 63 and longtime friends, just lost a defender on the jury who seemed steadfast in her belief that they were not guilty of a litany of corruption charges that could send both to prison for years.

"He's not guilty on all counts," the juror, Evelyn Arroyo-Maultsby, 61, of Hillside, said. "I don't think he did anything wrong."

Those are strong words — the legal equivalent of mother's milk to a defendant. Inside the courthouse, Judge

**See KELLY, Page 2A**

---

**Moore denies misconduct**
Roy Moore, the Republican candidate for U.S. Senator from Alabama, denies sexual misconduct. **7A**

**Eva's Village supports staffers**
Paterson nonprofit provides funding for employees to attend community college. **1L**

**Weather today**
High 39° ▪ Low 26°
Cold with sun.

**Weather tomorrow**
High 48° ▪ Low 37°
Clouds and sun. Forecast, **2A**

$1.50



# Exhibit A-10

NV/Demarest advances to semis. Sports, 11S

# HERALDNEWS

**N O R T H J E R S E Y . C O M**

SATURDAY, NOVEMBER 11, 2017 ▮ AN EDITION OF THE RECORD

PART OF THE USA TODAY NETWORK



**VETERANS DAY**
# Fans of tough talk

---

## North Jersey's Korean War vets like Trump's hard stance on North Korea

**William Westhoven** Morristown Daily Record | USA TODAY NETWORK - NEW JERSEY

The military action that kicked off the Cold War 67 years ago still commands today's headlines as tensions escalate between the United States and North Korea.

American veterans of the Korean War, which began in 1950 when the Soviet-backed North Korean People's Army invaded the Republic of Korea by crossing the 38th parallel, want President Donald Trump to talk tough and work toward a resolution that doesn't involve military action on this Veterans Day.

Trump, veterans said, has the perfect opportunity to address the current North Korea threat while on his 13-day trip to Asia.

The United States entered the Korean War on South Korea's behalf and remained until 1953. The war, commonly referred to as the "Forgotten War" began "on the right track, but somehow became derailed," said Clifton's John Biegel Jr., 82, a veteran of the Korean War. Five million soldiers and civilians died during the war that did

**See VETERANS, Page 6A**

---

"We love Trump, but he's got a very bad position there."

**Joseph Bonanno**
Korean War veteran from Montville



A photo of Nicola Bevacqua II taken during his time as a solider in Korea.
COURTESY NICOLA BEVACQUA II

**Top: From left are veteran Yucel Yilmaz, veteran Loretta T. Falconer, Sen. Tony Bucco, R-25, veteran Joseph Bonanno, Assemblyman Anthony Bucco, R-25, and veteran David G. Boone.** PEGGY WRIGHT/DAILY RECORD

### Honoring those who served

▮ Bergenfield honors fallen service members. **1L**

▮ VA too 'male-centric,' female veterans tell lawmakers. **1L**

---

# Defects found on track for oil trains

## Report says 13 found in Bergen County

**Curtis Tate**
North Jersey Record
USA TODAY NETWORK - NEW JERSEY

A federal inspection found 13 defects on CSX track in Bergen County in June last year, the same route that's become a corridor for millions of gallons of crude oil and ethanol to East Coast refineries.

The inspection covered a 10-mile segment of the CSX River Line between Ridgefield Park and Harrington Park.

The inspection was part of the Federal Railroad Administration's Crude Oil Route Track Examination program, established in 2015 to initiate inspections specifically on routes with high volumes of flammable liquids.

The Record and NorthJersey.com obtained more than 900 pages of inspection reports through the Freedom of Information Act.

The reports show the county and city where the track was inspected, either by foot or a truck equipped with a set of wheels that enable it to drive on top of the rail. They note different kinds of defects, but do not reveal precisely where they were found.

Defective track has been cited as a leading cause of high-profile derailments throughout North America since crude oil and ethanol began moving in larger quantities by rail in the past decade.

Two of those derailments were on CSX: In April 2014 in Lynchburg, Virginia, and in February 2015 in Mount Carbon, West Virginia. Both involved trains carrying Bakken crude from North Dakota, and both resulted in large fires, evacuations and property damage.

No one was killed or seriously injured in either derailment, but 47 people died in July 2013 when a train carrying Bakken oil derailed in Quebec.

Rob Doolittle, a CSX spokesman, said the railroad inspects the track in

**See TRACK, Page 6A**

---

**COMING SUNDAY**



### 'No safety in this world'

Watching the news last Sunday, Aley Mallosssesnil was overcome with grief over the mass shooting at a Texas church that left 26 dead. In an instant, she was taken back to the day nearly a decade ago when a shooter opened fire in her Clifton church, killing two, including her 25-year-old son. "You can never forget, you know. So horrible, so horrible," she said. "There is no safety in this world anymore."
MITSU YASUKAWA/NORTHJERSEY.COM

---

# Juror's exit a possible nightmare for Sen. Menendez in his corruption trial



**Mike Kelly**
Columnist
North Jersey Record
USA TODAY NETWORK - N.J.

Suddenly the federal corruption trial of U.S. Sen. Bob Menendez is no longer just a trial. As the first week of jury deliberations ended, it turned into a potential legal nightmare.

This unexpected turn of events came as a juror was allowed to leave on a long-

scheduled vacation — a vacation that U.S. District Judge William H. Walls, along with defense lawyers and prosecutors, had agreed to weeks ago.

But as this juror left the federal courthouse in Newark on Thursday afternoon, she told The Record that she was planning to vote to acquit Menendez and his co-defendant, Salomon Melgen, a Florida eye physician.

In other words, Menendez and Melgen, both 63 and longtime friends, just lost a defender on the jury who seemed

steadfast in her belief that they were not guilty of a litany of corruption charges that could send both to prison for years.

"He's not guilty on all counts," the juror, Evelyn Arroyo-Maultsby, 61, of Hillside, said. "I don't think he did anything wrong."

Those are strong words — the legal equivalent of mother's milk to a defendant. Inside the courthouse, Judge

**See KELLY, Page 6A**

---

| Moore denies misconduct | Eva's Village supports staffers | Weather today | Weather tomorrow |
|---|---|---|---|
| Roy Moore, the Republican candidate for U.S. Senator from Alabama, denies sexual misconduct. **7A** | Paterson nonprofit provides support for employees to attend community college. **1L** | High 39° ▮ Low 26°<br>Cold with sun. | High 48° ▮ Low 37°<br>Clouds and sun. Forecast, **2A** |

$1.50


46620
52823 00004

# Exhibit A-11



**Gallagher's goals propel Mendham to sectional title**

SPORTS, 1C

# Daily Record

SATURDAY, NOVEMBER 11, 2017 ∎ DAILYRECORD.COM
PART OF THE USA TODAY NETWORK

# Korean War vets draw parallels



From left are veteran Yucel Yilmaz, veteran Loretta T. Falconer, Sen. Tony Bucco, R-25, veteran Joseph Bonanno, Assemblyman Anthony Bucco, R-25, and veteran David G. Boone. PEGGY WRIGHT/STAFF PHOTO

## Veterans like President Trump's tough talk in Asia

**William Westhoven**
Morristown Daily Record
USA TODAY NETWORK – NEW JERSEY

The military action that kicked off the Cold War 67 years ago still commands today's headlines as tensions escalate between the United States and North Korea.

American veterans of the Korean War, which began in 1950 when Soviet-backed North Korean People's Army invaded the Republic of Korea by crossing the 38th parallel, want President Donald Trump to talk tough and want a resolution that doesn't involve military action on this Veterans Day.

Trump, veterans said, has the perfect opportunity to address the current North Korea threat while

on his 13-day trip to Asia.

The United States entered the Korean War on South Korea's behalf and remained until 1953. The war, commonly referred as the "Forgotten War" began "on the right track, but somehow became derailed, said Clifton's John Biegel, Jr., 82, a veteran of the Korean War. Five million soldiers and civilians died during the war that did not unite the divided peninsula located between China and Japan.

Trump is right to talk tough, Biegel said, because North Korea's leader Kim Jong un is "a nut."

He said he's not sure what should have been done differently during the war, but it's not night that the people of North Korea "are stuck living like that" under Kim Jung un, a man Biegel said he "can't

**See VETERANS, Page 5A**

# Potential nightmare lies ahead in trial

## Juror allowed to vacation during Menendez case



**Mike Kelly**
Columnist
North Jersey Record
USA TODAY NETWORK – N.J.

Suddenly the federal corruption trial of U.S. Sen. Bob Menendez is no longer just a trial. As the first week of jury deliberations ended, it turned into a potential legal nightmare.

This unexpected turn of events came as a juror was allowed to leave on a long-scheduled vacation — a vacation that U.S. District Judge William H. Walls, along with defense lawyers and prosecutors, had agreed to weeks ago.

But as this juror left the federal courthouse in Newark on Thursday afternoon, she told The Record that she was planning to vote to acquit Menendez and his co-defendant, Salomon Melgen, a Florida eye physician.

In other words, Menendez and Melgen, both 63 and longtime friends, just lost a defender on the jury who seemed steadfast in her belief that they were not guilty of a litany of corruption charges that could send both to prison for years.

"He's not guilty on all counts," the juror, Evelyn Arroyo-Maultsby, 61, of Hillside, said. "I don't think he did anything wrong."

Those are strong words — the legal equivalent of mother's milk to a defendant.

Inside the courthouse, Judge Walls replaced the vacationing juror with an alternate — the legal equivalent of reshuffling a deck of cards in the middle of a tense poker game. How the new juror will vote — and indeed whether this new juror's views mirror those of Arroyo-Maultsby — is anybody's guess.

But is this any way to run a high-profile trial of a U.S. senator?

**See KELLY, Page 2A**

# Oil trains: 13 defects in Bergen County

**Curtis Tate**
North Jersey Record
USA TODAY NETWORK – NEW JERSEY

A federal inspection found 13 defects on CSX track in Bergen County in June last year, the same route that's become a corridor for millions of gallons of crude oil and ethanol to East Coast refineries.

The inspection, conducted in June 2006, covered a 10-mile segment of the CSX River Line between Ridgefield Park and Harrington Park.

The inspection was part of the Federal Railroad Administration's Crude Oil Route Track Examination program, established in 2015 to initiate inspections specifically on routes with high volumes of flammable liquids.

The Record and NorthJersey.com obtained more than 900 pages of inspection reports through the Freedom of Information Act.

The reports show the county



A CSX ethanol train passes through Ridgefield Park on Nov. 2.
CURTIS TATE/STAFF PHOTOGRAPHER

and city where the track was inspected, either by foot or a truck equipped with a set of wheels that enable it to drive on top of the rail. They note different kinds of defects, but do not reveal precisely where they were found.

Defective track has been cited as a leading cause of high-profile

derailments throughout North America since crude oil and ethanol began moving in larger quantities by rail in the past decade.

Two of those derailments were on CSX: In April 2014 in Lynchburg, Virginia, and in February 2015 in

**See OIL TRAINS, Page 5A**

THINK A BATHROOM REMODEL IS MESSY AND TIME-CONSUMING?

## Old Bathroom Today, New Bathroom Tonight!

Call Now For FREE Bonus Safety Package!*

**908-214-7773**
ext.1

BATHWRAPS

USA TODAY
Puerto Rico mired in survival mode seven weeks after storm. 3A

Helping out with Habitat
More than 200 attend a Habitat for Humanity fundraising event. 4A

Weather
High 40° ∎ Low 16°
Partly sunny. Forecast, 2A

Volume 301 No. 349
Home delivery pricing inside
Subscribe 800-398-8990
©2017          $1.50

# Exhibit A-12

Jets shot down in Tampa; Giants fall to 49ers  B1

# The Times

$1  MONDAY, NOVEMBER 13, 2017    AFFILIATED WITH nj.com    SERVING OUR COMMUNITIES SINCE 1882

**The next first lady:** With experience in finance and communications, Tammy Murphy fills role as Phil's No. 1 campaigner and wife of 23 years



Tammy Murphy, wife of Governor-elect Phil Murphy, appears at a rally Oct. 15 in Ocean Township. Those who know the Murphys say she was his top adviser. *Andrew Miller, for Times of Trenton*

ELECTION 2017

# Side by side all the way to Trenton

Brent Johnson  *For Times of Trenton*

Tammy Murphy, the state's next first lady, was a fixture on the campaign trail with her husband, Phil, speaking at events and raising funds. Over the last three years, she has chaired New Start New Jersey, a think tank that she and her husband founded. A communications and English major in college, she would even proofread his news releases.

Then again, Tammy said she and Phil have been "inseparable" since they married 23 years ago after a whirlwind courtship. Those who know the Murphys say she was his top adviser.

"When one of us does something, the other is right by their side," Phil Murphy said. "It's incredibly rewarding."

That was evident on election night, as Tammy Murphy introduced her husband to the adoring crowd inside Asbury Park's Convention Hall for his victory speech.

"I am so incredibly proud," she told the cheering throng after the Democrat had handily defeated Republican rival Kim Guadagno.

Like Phil, Tammy Murphy worked in finance before leaving the industry after they were married to focus on philanthropy. Over the last three years, she has chaired New Start New Jersey, a think tank that she and her husband founded.

Still, they traveled different paths on their way to a life together.

Phil, 60, is from the Boston area, while his wife, 52, grew up on the Atlantic Coast as Tammy Snyder in Virginia Beach, Virginia.

Her husband made a point during his campaign to say he grew up "working poor" (en route to Harvard), but Tammy said she is the product of the middle class. Her father was a car salesman and still is.



Phil Murphy, 60, his wife Tammy, 52, and their children walk to their car after voting Tuesday in Middletown. *Aristide Economopoulos, for Times of Trenton*

She ended up graduating from the University of Virginia, where she was the college's vice president. She still serves on its board of trustees.

The Murphys spent years as major donors to the Democratic Party, giving millions to candidates across the country. And from 2006 to 2009, Phil Murphy served as finance chair of the Democratic National Committee. But Tammy Murphy was once a registered Republican and has given thousands of dollars to GOP candidates over the years,
SEE MURPHY, A10

---

WASHINGTON

# House bill 'gets job done,' says chair

**Plan caps property-tax deduction and kills state, local income tax deductions**

Ben Brody and Mark Niquette  *Bloomberg*

The House of Representatives wouldn't accept a tax bill that, like the Senate's, eliminates deductions for all state and local taxes, the chairman of the House's tax-writing committee said.

The comments from House Ways and Means Chairman Kevin Brady show that although both the House and Senate are moving forward with plans to overhaul the U.S. tax code under tight, self-imposed deadlines, the path forward remains difficult because of differences in their legislation.

"I'm committed" to a compromise that would preserve the deduction for state and local property taxes, Brady said on "Fox News Sunday."

The House bill would eliminate existing federal tax breaks for state and local income or sales taxes, but preserve a property-tax deduction capped at $10,000. Combined with a new family-tax credit and a deduction for mortgage interest for new purchases that would be capped at $500,000 of debt, the House bill "gets
SEE TAXES, A10

---

U.S. DISTRICT COURT

# Deliberations start fresh with new member on Menendez jury

Thomas Moriarty and MaryAnn Spoto  *For Times of Trenton*

When jurors in the corruption trial of U.S. Sen. Robert Menendez assemble this morning to deliberate, they'll start with a new member, but not necessarily with a clean slate, one jury consultant told NJ Advance Media.

Alan Tuerkheimer, a Chicago-area jury consultant, said it's unlikely the seating of a new juror will dramatically alter the balance of the deliberating jury.

When Evelyn Arroyo-Maultsby was dismissed from the deliberating jury on Thursday to attend an upcoming preplanned vacation, she told reporters that jurors remained deadlocked on the issue of Menendez's guilt or innocence on the bribery charges.

She also said she had been the only one prepared to find him not guilty of a single charge of false statements by failing to report on several of his Senate disclosure forms gifts from his co-defendant, Salomon Melgen, a wealthy Florida ophthalmologist.
SEE TRIAL, A7

---

Lottery, A2    Weather, A2    Local, A3    World, A4    Obituaries, A6    Opinion, A8    Sports, B1    Comics, B6    Puzzles, B7    Travel, B8

Team85 FITNESS AND WELLNESS
MORE THAN JUST FITNESS
CONTACT US TO SCHEDULE A TOUR
www.MyTeam85.com | 8500 K.Johnson Blvd. Bordentown, NJ 08505 | 609-298-8585

# Exhibit A-13

Jets, Giants dealt double dose of defeat  21

# The Star-Ledger

$1.50   FINAL EDITION +        AFFILIATED WITH nj.com        MONDAY, NOVEMBER 13, 2017

**The next first lady:** Well versed in finance and communications, Tammy Murphy is both Phil's wife of 23 years and his No. 1 campaigner



Tammy Murphy, wife of Governor-elect Phil Murphy, appears at a rally Oct. 15 in Ocean Township. Those who know the Murphys say she was his top adviser.  *Andrew Miller, for The Star-Ledger*

# Side by side, all the way to Trenton

Brent Johnson  *For The Star-Ledger*

Tammy Murphy, the state's next first lady, was a fixture on the campaign trail with her husband, Phil, speaking at events and raising funds. A communications and English major in college, she would even proofread his news releases.

Then again, Tammy said she and Phil have been "inseparable" since they married 23 years ago after a whirlwind courtship. Those who know the Murphys say she was his top adviser.

"When one of us does something, the other is right by their side," Phil Murphy said. "It's incredibly rewarding."

That was evident on election night, as Tammy Murphy introduced her husband to the adoring crowd inside Asbury Park's Convention Hall for his victory speech.

"I am so incredibly proud," she told the cheering throng after the Democrat had handily defeated Republican rival Kim Guadagno.

Like Phil, Tammy Murphy worked in finance before leaving the industry after they were married to focus on philanthropy. Over the last three years, she has chaired New Start New Jersey, a think tank that she and her husband founded.

Still, they traveled different paths on their way to a life together.

Phil, 60, is from the Boston area, while his wife, 52, grew up on the Atlantic Coast as Tammy Snyder in Virginia Beach, Virginia.

Her husband made a point during his campaign to say he grew up "working poor" (en route to Harvard), but Tammy said she is the product of the middle class. Her father was a car salesman and still is.



Phil Murphy, 60, his wife Tammy, 52, and their children walk to their car after voting Tuesday in Middletown.  *Aristide Economopoulos/NJ Advance Media for The Star-Ledger*

She ended up graduating from the University of Virginia, where she was the college's vice president. She still serves on its board of trustees.

The Murphys spent years as major donors to the Democratic Party, giving millions to candidates across the country. And from 2006 to 2009, Phil Murphy served as finance chair of the Democratic National Committee. But Tammy Murphy was once a registered Republican and has given thousands of dollars to GOP candidates over the years,

SEE MURPHY, 2

WASHINGTON

# House bill won't kill tax break, says chair

**Brady vows some deduction for property taxes, while Senate seeks its elimination**

Ben Brody and Mark Niquette  *Bloomberg*

The House of Representatives wouldn't accept a tax bill that, like the Senate's, eliminates deductions for all state and local taxes, the chairman of the House's tax-writing committee said.

The comments from House Ways and Means Chairman Kevin Brady show that although both the House and Senate are moving forward with plans to overhaul the U.S. tax code under tight, self-imposed deadlines, the path forward remains difficult because of differences in their legislation.

"I'm committed" to a compromise that would preserve the deduction for state and local property taxes, Brady said on "Fox News Sunday."

The House bill would eliminate existing federal tax breaks for state and local income or sales taxes, but preserve a property-tax deduction capped at $10,000. Combined with a new family-tax credit and a deduction for mortgage interest for new purchases that would be capped at $500,000 of debt, the House bill "gets the

SEE TAXES, 4

U.S. DISTRICT COURT

# Deliberations start fresh with new member on Menendez jury

Thomas Moriarty and MaryAnn Spoto  *For The Star-Ledger*

When jurors in the corruption trial of U.S. Sen. Robert Menendez assemble this morning to deliberate, they'll start with a new member, but not necessarily with a clean slate, one jury consultant told NJ Advance Media.

Alan Tuerkheimer, a Chicago-area jury consultant, said it's unlikely the seating of a new juror will dramatically alter the balance of the deliberating jury.

When Evelyn Arroyo-Maultsby was dismissed from the deliberating jury on Thursday to attend an upcoming preplanned vacation, she told reporters that jurors remained deadlocked on the issue of Menendez's guilt or innocence on the bribery charges.

She also said she had been the only one prepared to find him not guilty of a single charge of false statements by failing to report on several of his Senate disclosure forms gifts from his co-defendant, Salomon Melgen, a wealthy Florida ophthalmologist.

SEE TRIAL, 2

---

**IN OBITUARIES**



## Gossip columnist Liz Smith, 94

Liz Smith, the syndicated gossip columnist whose mixture of banter, barbs, and bon mots about the glitterati helped her climb the A-list as high as many of the celebrities she covered, died Sunday at the age of 94.
Page 13

**IN FAMILY**



## Can your child's backpack stop a bullet?

A grade school in Miami is encouraging parents to buy bulletproof panels to put inside students backpacks in case of a shooting. The $120 accessory is part of a growing market of school safety supplies.
Page 19

---

Business, 20   Classified, 29   Comics, 16   Editorial, 6   Obituaries, 11   Puzzles, 15   Sports, 21   Today, 14   TV Grid, 18   World News, 8

