# Exhibit C

# EXHIBIT C
# LIST OF TV/RADIO SEGMENTS

|     | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
| --- | --- | --- | --- | --- |
| 1.  | WCBS-NY (Radio) | 11/9/2017 5:05:18 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%205:05:18%20PM |
| 2.  | NEWS12NJ | 11/9/2017 5:30:30 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%205:30:30%20PM |
| 3.  | WCBS-NY (Radio) | 11/9/2017 5:33:23 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%205:33:23%20PM |
| 4.  | WHYY (Radio) | 11/9/2017 5:33:45 PM | - | http://mms.tveyes.com/transcript.asp?StationID=7630&DateTime=11/9/2017%205:33:45%20PM |
| 5.  | WABC-NY (ABC) | 11/9/2017 6:05:00 PM | Eyewitness News at 6 | http://mms.tveyes.com/transcript.asp?StationID=170&DateTime=11/9/2017%206:05:00%20PM |
| 6.  | WCBS-NY (Radio) | 11/9/2017 6:05:03 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%206:05:03%20PM |
| 7.  | NEWS12NJ | 11/9/2017 6:30:59 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%206:29:57%20PM |
| 8.  | WOR-AM (Radio) | 11/9/2017 7:02:50 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/9/2017%207:02:50%20PM |
| 9.  | WCBS-NY (Radio) | 11/9/2017 7:33:32 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%207:33:32%20PM |
| 10. | NJN | 11/9/2017 7:42:39 PM | NJTV News With Mary Alice Williams | http://mms.tveyes.com/transcript.asp?StationID=4915&DateTime=11/9/2017%207:42:39%20PM |

|  | **TV/Radio Station** | **Date / Time Aired** | **Program Name (if available)** | **URL** |
|---|---|---|---|---|
| 11. | NEWS12NJ | 11/9/2017 8:02:04 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%208:02:04%20PM |
| 12. | WOR-AM (Radio) | 11/9/2017 8:02:41 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/9/2017%208:02:41%20PM |
| 13. | WCBS-NY (Radio) | 11/9/2017 8:05:37 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%208:05:37%20PM |
| 14. | WNYC-FM (Radio) | 11/9/2017 8:06:06 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/9/2017%208:06:06%20PM |
| 15. | National Public Radio | 11/9/2017 8:06:26 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/9/2017%208:06:26%20PM |
| 16. | WOR-AM (Radio) | 11/9/2017 9:01:46 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/9/2017%209:01:46%20PM |
| 17. | National Public Radio | 11/9/2017 9:05:21 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/9/2017%209:05:21%20PM |
| 18. | NEWS12NJ | 11/9/2017 9:29:51 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%209:29:51%20PM |
| 19. | WABC-AM (Radio) | 11/9/2017 10:03:24 PM | - | http://mms.tveyes.com/transcript.asp?StationID=230&DateTime=11/9/2017%2010:03:24%20PM |
| 20. | WNYC-FM (Radio) | 11/9/2017 10:05:28 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/9/2017%2010:05:28%20PM |
| 21. | WCBS-NY (Radio) | 11/9/2017 10:05:50 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%2010:05:50%20PM |

|  | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
|---|---|---|---|---|
| 22. | National Public Radio | 11/9/2017 10:05:59 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/9/2017%2010:05:59%20PM |
| 23. | WCBS-NY (Radio) | 11/9/2017 10:34:38 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%2010:34:38%20PM |
| 24. | WWOR | 11/9/2017 11:01:04 PM | Chasing News | http://mms.tveyes.com/transcript.asp?StationID=4920&DateTime=11/9/2017%2011:01:04%20PM |
| 25. | NEWS12NJ | 11/9/2017 11:05:57 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%2011:05:57%20PM |
| 26. | WPVI-PHI (ABC) | 11/9/2017 11:09:52 PM | Action News 11 PM | http://mms.tveyes.com/transcript.asp?StationID=1074&DateTime=11/9/2017%2011:09:52%20PM |
| 27. | WABC-NY (ABC) | 11/9/2017 11:10:08 PM | Eyewitness News | http://mms.tveyes.com/transcript.asp?StationID=170&DateTime=11/9/2017%2011:10:08%20PM |
| 28. | NEWS12NJ | 11/9/2017 11:29:50 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/9/2017%2011:29:50%20PM |
| 29. | WCBS-NY (Radio) | 11/9/2017 11:33:08 PM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/9/2017%2011:33:08%20PM |
| 30. | WNBC-NY (NBC) | 11/10/2017 12:16:53 AM | - | http://mms.tveyes.com/transcript.asp?StationID=165&DateTime=11/10/2017%2012:16:53%20AM |
| 31. | WOR-AM (Radio) | 11/10/2017 1:02:35 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%201:02:35%20AM |
| 32. | WCBS-NY (Radio) | 11/10/2017 1:06:09 AM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/10/2017%201:06:09%20AM |

|  | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
|---|---|---|---|---|
| 33. | WABC-NY (ABC) | 11/10/2017 1:18:31 AM | Eyewitness News | http://mms.tveyes.com/transcript.asp?StationID=170&DateTime=11/10/2017%201:18:31%20AM |
| 34. | WNYW-NY (FOX) | 11/10/2017 1:30:56 AM | Chasing News | http://mms.tveyes.com/transcript.asp?StationID=195&DateTime=11/10/2017%201:30:56%20AM |
| 35. | WCBS-NY (Radio) | 11/10/2017 1:34:50 AM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/10/2017%201:34:50%20AM |
| 36. | WCBS-NY (Radio) | 11/10/2017 3:05:33 AM | - | http://mms.tveyes.com/transcript.asp?StationID=150&DateTime=11/10/2017%203:05:33%20AM |
| 37. | NEWS12NJ | 11/10/2017 4:05:57 AM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/10/2017%204:05:57%20AM |
| 38. | WTXF-PHI (FOX) | 1/10/2017 4:07:28 AM | Good Day Philadelphia at 4 AM | http://mms.tveyes.com/transcript.asp?StationID=1089&DateTime=11/10/2017%204:07:28%20AM |
| 39. | WINS-AM (Radio) | 11/10/2017 4:07:47 AM | - | http://mms.tveyes.com/transcript.asp?StationID=135&DateTime=11/10/2017%204:07:47%20AM |
| 40. | WPIX-TV (CW) | 11/10/2017 4:39:12 AM | PIX11 Morning News | http://mms.tveyes.com/transcript.asp?StationID=145&DateTime=11/10/2017%204:39:12%20AM |
| 41. | WNJU (Telemundo) | 11/10/2017 5:06:50 AM | Telemundo Noticiero 47 Primera Edición 5AM | http://mms.tveyes.com/transcript.asp?StationID=7310&DateTime=11/10/2017%205:06:50%20AM |
| 42. | WOR-AM (Radio) | 11/10/2017 5:08:26 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%205:08:26%20AM |
| 43. | WTXF-PHI (FOX) | 11/10/2017 5:08:30 AM | Good Day Philadelphia at 5 AM | http://mms.tveyes.com/transcript.asp?StationID=1089&DateTime=11/10/2017%205:08:30%20AM |

|  | **TV/Radio Station** | **Date / Time Aired** | **Program Name (if available)** | **URL** |
|---|---|---|---|---|
| 44. | WABC-AM (Radio) | 11/10/2017 5:30:46 AM | - | http://mms.tveyes.com/transcript.asp?StationID=230&DateTime=11/10/2017%205:30:46%20AM |
| 45. | WOR-AM (Radio) | 11/10/2017 5:35:20 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%205:35:20%20AM |
| 46. | WPVI-PHI (ABC) | 11/10/2017 5:37:59 AM | - | http://mms.tveyes.com/transcript.asp?StationID=1074&DateTime=11/10/2017%205:37:59%20AM |
| 47. | MSNBC | 11/10/2017 5:49:41 AM | First Look | http://mms.tveyes.com/transcript.asp?StationID=205&DateTime=11/10/2017%205:49:41%20AM |
| 48. | WABC-AM (Radio) | 11/10/2017 5:50:58 AM | - | http://mms.tveyes.com/transcript.asp?StationID=230&DateTime=11/10/2017%205:50:58%20AM |
| 49. | WCAU-PHI (NBC) | 11/10/2017 6:00:07 AM | NBC10 News Today at 6 AM | http://mms.tveyes.com/transcript.asp?StationID=1084&DateTime=11/10/2017%206:00:07%20AM |
| 50. | WOR-AM (Radio) | 11/10/2017 6:03:59 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%206:03:59%20AM |
| 51. | WNYC-FM (Radio) | 11/10/2017 6:05:19 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%206:05:19%20AM |
| 52. | WHYY (Radio) | 11/10/2017 6:05:41 AM | - | http://mms.tveyes.com/transcript.asp?StationID=7630&DateTime=11/10/2017%206:05:41%20AM |
| 53. | WCAU-PHI (NBC) | 11/10/2017 6:05:46 AM | NBC10 News Today at 6 AM | http://mms.tveyes.com/transcript.asp?StationID=1084&DateTime=11/10/2017%206:05:46%20AM |
| 54. | WNBC-NY (NBC) | 11/10/2017 6:18:33 AM | Today in New York | http://mms.tveyes.com/transcript.asp?StationID=165&DateTime=11/10/2017%206:18:33%20AM |

|  | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
|---|---|---|---|---|
| 55. | WINS-AM (Radio) | 11/10/2017 6:27:29 AM | - | http://mms.tveyes.com/transcript.asp?StationID=135&DateTime=11/10/2017%206:27:29%20AM |
| 56. | WOR-AM (Radio) | 11/10/2017 6:34:11 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%206:34:11%20AM |
| 57. | WPVI-PHI (ABC) | 11/10/2017 6:36:54 AM | Action News at 6:00 AM | http://mms.tveyes.com/transcript.asp?StationID=1074&DateTime=11/10/2017%206:36:54%20AM |
| 58. | WTXF-PHI (FOX) | 11/10/2017 6:37:28 AM | Good Day Philadelphia at 6 AM | http://mms.tveyes.com/transcript.asp?StationID=1089&DateTime=11/10/2017%206:37:28%20AM |
| 59. | NJN | 11/10/2017 6:42:39 AM | NJTV News With Mary Alice Williams | http://mms.tveyes.com/transcript.asp?StationID=4915&DateTime=11/10/2017%206:42:39%20AM |
| 60. | WOR-AM (Radio) | 11/10/2017 6:59:36 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%206:59:36%20AM |
| 61. | WABC-AM (Radio) | 11/10/2017 7:04:24 AM | - | http://mms.tveyes.com/transcript.asp?StationID=230&DateTime=11/10/2017%207:04:24%20AM |
| 62. | WHYY (Radio) | 11/10/2017 7:05:37 AM | - | http://mms.tveyes.com/transcript.asp?StationID=7630&DateTime=11/10/2017%207:05:37%20AM |
| 63. | NEWS12NJ | 11/10/2017 7:05:57 AM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/10/2017%207:05:57%20AM |
| 64. | National Public Radio | 11/10/2017 7:21:57 AM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%207:21:57%20AM |
| 65. | WFMZ (MeTV) | 11/10/2017 8:18:20 AM | 69 News at Sunrise | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/10/2017%208:18:20%20AM |

|  | **TV/Radio Station** | **Date / Time Aired** | **Program Name (if available)** | **URL** |
|---|---|---|---|---|
| 66. | WNYC-FM (Radio) | 11/10/2017 8:21:37 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%208:21:37%20AM |
| 67. | National Public Radio | 11/10/2017 8:22:02 AM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%208:22:02%20AM |
| 68. | CNN | 11/10/2017 9:19:36 AM | CNN Newsroom With John Berman and Poppy Harlow | http://mms.tveyes.com/transcript.asp?StationID=100&DateTime=11/10/2017%209:19:36%20AM |
| 69. | WNYC-FM (Radio) | 11/10/2017 9:32:43 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%209:32:43%20AM |
| 70. | WOR-AM (Radio) | 11/10/2017 9:35:35 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%209:35:35%20AM |
| 71. | CNN | 11/10/2017 9:49:11 AM | CNN Newsroom With John Berman and Poppy Harlow | http://mms.tveyes.com/transcript.asp?StationID=100&DateTime=11/10/2017%209:49:11%20AM |
| 72. | WOR-AM (Radio) | 11/10/2017 10:36:38 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/10/2017%2010:36:38%20AM |
| 73. | Fox News | 11/10/2017 11:11:21 AM | Happening Now | http://mms.tveyes.com/transcript.asp?StationID=130&DateTime=11/10/2017%2011:11:21%20AM |
| 74. | WDDE 91.1 FM (Radio) | 11/10/2017 1:03:59 PM | - | http://mms.tveyes.com/transcript.asp?StationID=7650&DateTime=11/10/2017%201:03:59%20PM |
| 75. | WHYY (Radio) | 11/10/2017 1:04:02 PM | - | http://mms.tveyes.com/transcript.asp?StationID=7630&DateTime=11/10/2017%201:04:02%20PM |
| 76. | National Public Radio | 11/10/2017 1:04:22 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%201:04:22%20PM |

|     | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
| --- | --- | --- | --- | --- |
| 77. | NEWS12NJ | 11/10/2017 3:05:35 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/10/2017%203:05:35%20PM |
| 78. | WFMZ (MeTV) | 11/10/2017 4:08:50 PM | 69 News at 4:00 | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/10/2017%204:08:50%20PM |
| 79. | WNYC-FM (Radio) | 11/10/2017 4:32:19 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%204:32:19%20PM |
| 80. | WDDE 91.1 FM (Radio) | 11/10/2017 4:32:33 PM | - | http://mms.tveyes.com/transcript.asp?StationID=7650&DateTime=11/10/2017%204:32:33%20PM |
| 81. | WHYY (Radio) | 11/10/2017 4:32:35 PM | - | http://mms.tveyes.com/transcript.asp?StationID=7630&DateTime=11/10/2017%204:32:35%20PM |
| 82. | National Public Radio | 11/10/2017 4:32:47 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%204:32:47%20PM |
| 83. | WNYC-FM (Radio) | 11/10/2017 4:34:48 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%204:34:48%20PM |
| 84. | National Public Radio | 11/10/2017 4:35:14 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%204:35:14%20PM |
| 85. | WMBC TV 63 | 11/10/2017 5:14:31 PM | WMBC News – Korean | http://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=11/10/2017%205:14:31%20PM |
| 86. | WNYC-FM (Radio) | 11/10/2017 5:34:57 PM | - | http://mms.tveyes.com/transcript.asp?StationID=6440&DateTime=11/10/2017%205:34:57%20PM |
| 87. | WFMZ (MeTV) | 11/10/2017 6:14:02 PM | 69 News at 6:00 | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/10/2017%206:14:02%20PM |

|  | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
|---|---|---|---|---|
| 88. | Fox News | 11/10/2017 6:23:28 PM | Special Report With Bret Baier | http://mms.tveyes.com/transcript.asp?StationID=130&DateTime=11/10/2017%206:23:28%20PM |
| 89. | National Public Radio | 11/10/2017 7:35:36 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%207:35:36%20PM |
| 90. | NEWS12NJ | 11/10/2017 9:04:20 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/10/2017%209:04:20%20PM |
| 91. | National Public Radio | 11/10/2017 9:05:16 PM | - | http://mms.tveyes.com/transcript.asp?StationID=140&DateTime=11/10/2017%209:05:16%20PM |
| 92. | WFMZ (MeTV) | 11/10/2017 10:07:06 PM | 69 News at 10:00 | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/10/2017%2010:07:06%20PM |
| 93. | WTXF-PHI (FOX) | 11/10/2017 11:07:45 PM | FOX 29 News at 11 | http://mms.tveyes.com/transcript.asp?StationID=1089&DateTime=11/10/2017%2011:07:45%20PM |
| 94. | WFMZ (MeTV) | 11/11/2017 4:07:10 AM | 69 News Berks Edition | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/11/2017%204:07:10%20AM |
| 95. | WTXF-PHI (FOX) | 11/11/2017 7:29:14 AM | Good Day Philadelphia Weekend | http://mms.tveyes.com/transcript.asp?StationID=1089&DateTime=11/11/2017%207:29:14%20AM |
| 96. | WFMZ (MeTV) | 11/11/2017 8:36:56 AM | 69 News at Sunrise | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/11/2017%208:36:56%20AM |
| 97. | WOR-AM (Radio) | 11/11/2017 10:01:37 AM | - | http://mms.tveyes.com/transcript.asp?StationID=6445&DateTime=11/11/2017%2010:01:37%20AM |
| 98. | NEWS12NJ | 11/11/2017 4:32:47 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/11/2017%204:32:47%20PM |

|  | TV/Radio Station | Date / Time Aired | Program Name (if available) | URL |
|---|---|---|---|---|
| 99. | WNBC-NY (NBC) | 11/12/2017 7:08:43 AM | Sunday Today in New York | http://mms.tveyes.com/transcript.asp?StationID=165&DateTime=11/12/2017%207:08:43%20AM |
| 100. | KYW-PHI (CBS) | 11/12/2017 8:07:53 AM | Eyewitness News at 8 | http://mms.tveyes.com/transcript.asp?StationID=1079&DateTime=11/12/2017%208:07:53%20AM |
| 101. | Fox News | 11/12/2017 9:24:52 AM | Fox and Friends Sunday | http://mms.tveyes.com/transcript.asp?StationID=130&DateTime=11/12/2017%209:24:52%20AM |
| 102. | WNBC-NY (NBC) | 11/12/2017 9:35:31 AM | Today in New York | http://mms.tveyes.com/transcript.asp?StationID=165&DateTime=11/12/2017%209:35:31%20AM |
| 103. | NEWS12NJ | 11/12/2017 10:05:12 AM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/12/2017%2010:05:12%20AM |
| 104. | WPVI-PHI (ABC) | 11/12/2017 12:35:38 PM | Action News at Noon | http://mms.tveyes.com/transcript.asp?StationID=1074&DateTime=11/12/2017%2012:35:38%20PM |
| 105. | NEWS12NJ | 11/12/2017 4:32:47 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/12/2017%204:32:47%20PM |
| 106. | WFMZ (MeTV) | 11/12/2017 6:19:54 PM | 69 News Weekend Edition | http://mms.tveyes.com/transcript.asp?StationID=6760&DateTime=11/12/2017%206:19:54%20PM |
| 107. | Fox News | 11/12/2017 6:42:54 PM | America's News HQ | http://mms.tveyes.com/transcript.asp?StationID=130&DateTime=11/12/2017%206:42:54%20PM |
| 108. | NEWS12NJ | 11/12/2017 11:35:02 PM | News 12 New Jersey | http://mms.tveyes.com/transcript.asp?StationID=4925&DateTime=11/12/2017%2011:35:02%20PM |