```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                 MINUTES OF PROCEEDINGS
```

**NEWARK**                                            DATE: **NOVEMBER 16,2017**

**JUDGE:** WILLIAM H. WALLS,
**COURTER REPORTER:** Yvonne Davion
**DEPUTY CLERK:** Ellen Mc Murray

**Title of Case:**                                 Cr. 15-155 (WHW)

 USA v. Robert Menendez and Salomon Melgen

**Appearances:**

Peter Koski, Monigue Abrishami, J.P. Cooney & Amanda Vaughn **for the Government.**

Abbe Lowell, Jenny Kramer & Raymond Brown, Justin Kolbenschlag, **for Robert Menendez.**

Kirk Ogrosky, Murad Hussain, Jonathan Cogan & Samuel Stern **for Salomon Melgen.**

**Nature of proceedings:**   *Jury TRIAL*
Case called 10:00
Jurors present
Jurors instructed to continue deliberation
**Lunch ordered for (16) jurors/ Queen Pizza & Deli**
Note submitted by jurors
Jurors interviewed individually
Jurors return to courtroom
Court declared a Mistrial
Jurors excused and trial with jury concluded.

                                    Ellen Mc Murray
                                    Sr. Deputy Clerk

Time Commenced: 10:00am
Time Adjourned: 1:00 pm