UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:15-cr-155 |
| v. ) | Hon. William H. Walls |
| ) | |
| ROBERT MENENDEZ and ) | |
| SALOMON MELGEN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**UNITED STATES' NOTICE OF INTENT TO RETRY CASE
AND REQUEST FOR THE EARLIEST POSSIBLE TRIAL DATE**

The United States files this notice of intent to retry the defendants and requests that the Court set the case for retrial at the earliest possible date. Defendants Robert Menendez and Salomon Melgen have been indicted for bribery and corruption by two separate grand juries properly empaneled in the District of New Jersey. The first trial ended in a mistrial with a deadlocked jury. An early retrial date is in the best interests of the public, and the United States is available to schedule a retrial at the Court's earliest convenience.

Respectfully submitted this 19th day of January, 2018.

                         ANNALOU TIROL
                         ACTING CHIEF
                         PUBLIC INTEGRITY SECTION

By:    s/ Peter Koski
            Peter Koski
            Deputy Chief
            J.P. Cooney
            Deputy Chief
            Monique Abrishami
            Trial Attorney
            Amanda Vaughn
            Trial Attorney
            Public Integrity Section
            1400 New York Ave. NW
            Washington, D.C. 20005
            Telephone: (202) 514-1412
            Facsimile: (202) 514-3003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated: January 19, 2018             s/ J.P. Cooney
                                                            Peter Koski
                                                            Deputy Chief
                                                            Public Integrity Section
                                                            Criminal Division
                                                            U.S. Department of Justice