UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 2:15-cr-155 |
| ROBERT MENENDEZ and ) | Hon. Jose L. Linares |
| SALOMON MELGEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT**

In light of the Court's January 24, 2018 Opinion and Order and pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America moves to dismiss the Superseding Indictment.

Respectfully submitted this 31st day of January, 2018.

ANNALOU TIROL
ACTING CHIEF
PUBLIC INTEGRITY SECTION

By:      /s/
Peter Koski
Deputy Chief
J.P. Cooney
Deputy Chief
Monique Abrishami
Trial Attorney
Amanda Vaughn
Trial Attorney
Public Integrity Section
1400 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 514-1412
Facsimile:  (202) 514-3003

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated:  January 31, 2018                     /s/
Peter Koski
Deputy Chief
J.P. Cooney
Deputy Chief
Monique Abrishami
Trial Attorney
Amanda Vaughn
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice