# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>                                                               )<br>       v.                                                      )<br>                                                               )  **No. 2:15-cr-155**<br>**ROBERT MENENDEZ and**               )  **Hon. Jose L. Linares**<br>**SALOMON MELGEN,**                        )<br>                                                               )<br>       **Defendants.**                           )<br>_____) | |

**ORDER**

It is, on this _____ day of _____, 2018,

ORDERED that the United States' Motion to Dismiss the Superseding Indictment is granted and the Superseding Indictment is dismissed.

_____
Hon. Jose L. Linares
United States District Judge